

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

In the Matter of the Marriage of Matthew Thomas Flowers and Emma Mary Flowers and In the Interest of E.M.F., a Child

No. 06-19-00015-CV

Appeal from the 459th District Court of Travis County, Texas (Tr. Ct. No. D-1-FM-18-004168). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant pay all costs of this appeal.

RENDERED AUGUST 22, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk